437 A.2d 938

**In the Interest of Michael WHITE, a minor.**

**Appeal of Michael WHITE.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.

Decided Dec. 17, 1981.

Cynthia M. Weaver, Asst. Public Defender, for appellant.

Stephen B. Harris, Asst. Dist. Atty., for appellee.

ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.